## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REVEREND S. ANITA STAUFFER,<br><br>　　　　　　　　　　Plaintiff<br>　　　v.<br><br>MERCK & CO. INC.,<br><br>　　　　　　　　　　Defendant | ) Case No.: 07 CV 6750<br>)<br>)<br>)<br>) **AFFIDAVIT OF SERVICE**<br>)<br>)<br>)<br>)<br>) |

STATE OF NEW YORK: COUNTY OF KINGS    ss:

I, HARRY BASS, being duly sworn deposes and says deponent is not a party to this action, I am a United States Citizen and, I am over the age of eighteen years and reside in the state of NEW YORK. That on AUGUST 10, 2007 at 9:25 AM at 111 EIGHTH AVENUE, 13TH FLOOR, NEW YORK, NY 10011, receipients BUSINESS OFFICE deponent served the within SUMMONS IN A CIVIL CASE AND COMPLAINT AND DEMAND FOR JURY TRIAL on MERCK & CO. C/O CT CORPORATION SYSTEM therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to NORA DINDYAL personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the PROCESS CLERK authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: Asian    Hair: Black    Glasses: No    Approx. Age: 40    Height: 5'-5"    Weight: 160
Description of Door:
Distinguishing Features:

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____        8/13/07
Harry Bass, Lic. #1076668                  Executed on:
THORNTON PROCESS SERVICE
3214 Samantha Drive
Cantonment, FL 32533
(850) 478-3333

Subscribed and sworn to before me, a notary public, on this 13th day of August, 2007.

_____    My Commission Expires:
Notary Public

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2008

ID: 07-005772                                                                    Client Reference: Job #3270